In the Matter of LOUIS DUNST, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Defendants.

SAMUEL GOLD, Appellant.

Argued September 11, 1941; decided September 11, 1941.

*Benjamin S. Kassen, Mortimer E. Greif, Sidney Gold* and *Edward L. Josowitz* for appellant.

*John T. Dooling, Sol H. Eisler* and *Louis Dunst* for respondent.

Order of Appellate Division reversed and order of Special Term affirmed, without costs.   The affidavit upon the blank

furnished by the Board of Elections, though not the best form of affidavit, constitutes compliance with the provisions of section 139 of the Election Law. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissent: RIPPEY, J.